**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000540**
**02-DEC-2015**
**07:54 AM**

NO. CAAP-15-0000540

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
MALCOLM L. PACHECO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DCW-14-01184)

ORDER APPROVING THE NOVEMBER 19, 2015
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed November 19, 2015, by Defendant-Appellant Malcom L. Pacheco (Appellant), the papers in support, and the record, it appears that (1) the appeal was docketed August 14, 2015; (2) Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b) authorizes the court to dismiss a docketed appeal upon a stipulation; (3) the parties seek to dismiss this appeal by stipulation; (4) the Stipulation includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 2, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-